[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15242
Non-Argument Calendar
_____

D.C. Docket No. 8:00-cr-00384-JSM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN CARLOS MUNOZ DOMINGUEZ,
a.k.a. Juan Munoz,
a.k.a. Carlos Rodriguez,
a.k.a. Juan Carlos Munoz,
a.k.a. Mario Moreno,
a.k.a. Juan C. Munoz,

Defendant - Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 17, 2013)

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Jenny L. Devine, appointed counsel for Juan Dominguez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dominguez's conviction and sentence are **AFFIRMED**.